O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CASTELLANOS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>R.M. DIAZ, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 13-00860 AG (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　　The Court also has reviewed *de novo* Petitioner's June 17, 2013 motion for a stay and the Magistrate Judge's six-page denial of that motion. The undersigned concludes that the Magistrate Judge was correct to deny the stay motion in this instance.

　　　　　DATED: July 30, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE