**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CASTELLANOS, | CASE NO. ED CV 13-00860 AG (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| R.M. DIAZ, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of RUBEN CASTELLANOS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 30, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE